IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CAMERON GIBEL, | : | |
| Plaintiff, | : | No. 2:23-cv-02050-WSH-MPK |
| v. | : | |
| | : | |
| IRON CUMBERLAND, LLC (d/b/a "IRON SENERGY"), | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FINAL APPROVAL OF THE SETTLEMENT**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 64-1, Plaintiff Cameron Gibel ("Plaintiff") and Defendant Iron Cumberland, LLC ("Defendant") have agreed to settle this lawsuit on behalf of a 788-member class of individuals who worked as hourly employees for Defendant at the longwall mining operation in Waynesburg, Pennsylvania in any workweek from October 30, 2020 through January 26, 2025. (the "Class" or "Class Members").

In May 2025, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Doc. 64. The notice process is complete. *See generally* Declaration of Dan Lhota ("Lhota Dcl.") (Doc. 64-2); Declaration of Jeanie Eichert ("Eichert Dcl.") (Doc. 64-3). ***None*** of the Class Members have submitted objections to the settlement and only eight (8) have sought to be excluded. *See* Declaration of R. Andrew Santillo ("Santillo Dcl.") (Doc. 64-4) at ¶ 34.[1]

---

[1] These individuals are Ronald Cottrell, Thomas Ferguson, Brandon Lucy, Jeffrey Mihallik, William Reda, Brian Shepley, Mark Show, and Leslie Siebert, *id.*, reducing the class to 780 members.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for September 11, 2025, *see* Doc. 63 at ¶ 6, and, in anticipation of the hearing, Plaintiff respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 780 participating Class Members;

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $5,000.00 service award to Plaintiff;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $100,000.00 to compensate class counsel for reasonable attorney's fees and expenses.

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Dan Lhota, Jeanie Eichert, R. Andrew Santillo and Timothy Conboy, and the accompanying Memorandum of Law.

**WHEREFORE**, Plaintiff, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: September 3, 2025          Respectfully submitted,

_____
Peter Winebrake (PA 80496)
R. Andrew Santillo (PA 93041)
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Fax: (215) 884-2492
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com

Timothy Conboy (PA 36495)

Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA 15228
Phone: (412) 343-9060
Fax: (412) 343-9062
tim@conboylaw.com

*For Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, September 3, 2025, the foregoing was served with the Clerk of Court using the CM/ECF system, which will send notification to all parties.

/s/ R. Andrew Santillo
R. Andrew Santillo

3